UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -   X
                                     :
UNITED STATES OF AMERICA             :
                                     :
            - v. -                   :         **UNSEALING ORDER**
                                     :
AMIT AGARWAL,                        :         19 Cr. 838
                                     :
            Defendant.               :
                                     :
- - - - - - - - - - - - - - - - -   X


     Upon the application of the United States of America, by and

through Assistant United States Attorney Cecilia E. Vogel, it is

hereby ORDERED that Indictment 19 Cr. 838, which was filed under

seal on November 19, 2019, be and hereby is unsealed.


SO ORDERED.

Dated:  New York, New York
        December 20 , 2019


                                    _____
                                    THE HONORABLE KEVIN NATHANIEL FOX
                                    UNITED STATES MAGISTRATE JUDGE