# BAKER BOTTS LLP

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL +1 212.408.2500
FAX +1 212.408.2501
BakerBotts.com

AUSTIN
BEIJING
BRUSSELS
DALLAS
DUBAI
HONG KONG
HOUSTON

LONDON
MOSCOW
NEW YORK
PALO ALTO
RIYADH
SAN FRANCISCO
WASHINGTON

March 2, 2020

TEL: 212-408-2520
brendan.quigley@bakerbotts.com

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   United States v. Amit Agarwal, No. 19 Cr. 838 (PAE) (S.D.N.Y.)

Dear Judge Engelmayer:

We represent Amit Agarwal in this matter.

We write to request that Mr. Agarwal be permitted to travel to Miami, Florida between April 2 and April 8, 2020.

Both the government and Pre-Trial Services consent to this request. The purpose of the trip is for Mr. Agarwal to meet with customers of his business, Best Electronics USA. Mr. Agarwal will provide Pre-Trial Services with a detailed itinerary before his departure.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

Brendan F. Quigley

---

**GRANTED.** The defendant shall provide the Pre-Trial Services Department with the above-mentioned itinerary and shall notify Pre-Trial Services within 24 hours of his arrival back in the Souther District of New York. The Clerk of Court is requested to terminate the motion at Dkt. No. 16.

SO ORDERED.

3/5/2020

_____
PAUL A. ENGELMAYER
United States District Judge