

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 23, 2020

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Court Judge
40 Foley Square
New York, NY 10007

    Re:   *United States v. Amit Agarwal*,
           No. 19 Cr. 838 (PAE)

Dear Judge Engelmayer:

    We recently learned that due to the ongoing COVID-19 pandemic, the Court has rescheduled the parties' upcoming status conference to May 14, 2020, at 10:00 a.m. With the consent of the defense, the Government moves for an exclusion of time from today through May 14, pursuant to 18 U.S.C. § 3161(h)(7)(A), in light of ongoing pandemic.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

by: _____
    Cecilia E. Vogel
    Tara M. La Morte
    Assistant United States Attorney
    (212) 637-1084/1041

cc: Andrew M. Lankler, Esq. and Brendan Quigley, Esq. (by ECF)

    GRANTED. The conference is adjourned to May 14, 2020 at 10 a.m. For the reasons stated above, time is excluded, to May 14, 2020.

    SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

March 23, 2020