**BAKER BOTTS** L.L.P.

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL  +1 212.408.2500
FAX  +1 212.408.2501
BakerBotts.com

AUSTIN
BEIJING
BRUSSELS
DALLAS
DUBAI
HONG KONG
HOUSTON

LONDON
MOSCOW
**NEW YORK**
PALO ALTO
RIYADH
SAN FRANCISCO
WASHINGTON

May 6, 2020

088199.0101

Andrew M. Lankler
TEL: 2124082516
FAX: 2122592516
andrew.lankler@bakerbotts.com
Brendan F. Quigley
TEL: 2124082520
FAX: 2122592520
brendan.quigley@bakerbotts.com

Hon. Paul A. Engelmayer
U.S. District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>United States v. *Amit Agarwal*, No. 19 Cr. 838 (PAE)</u>

Dear Judge Engelmayer:

  We represent Amit Agarwal in this action.

  We write to request, with the consent of the government, that the status conference scheduled for May 14 be adjourned to a time convenient to the Court during the week of July 13, 2020. The defense anticipates making a deferred prosecution application to the U.S. Attorney's Office by the end of next week, based on our review of the discovery and other factors. The requested adjournment will allow time for the government to review that application. The defense has no objection to excluding time under the Speedy Trial Act between now and the next conference date.

        Respectfully submitted,

         */s/ Andrew M. Lankler*
        Andrew M. Lankler
        Brendan F. Quigley
        212 408 2516/2520

        *Attorneys for Amit Agarwal*

AL/BQ