

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 15, 2020

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Court Judge
40 Foley Square
New York, NY 10007

    Re:    *United States v. Amit Agarwal*,
                No. 19 Cr. 838 (PAE)

Dear Judge Engelmayer:

       On May 7, 2020, at the parties' request, the Court adjourned the status conference previously scheduled for May 14, 2020 to July 13, 2020, at 11:15 a.m.  With the consent of the defense, as articulated in the defense' prior letter dated May 6, 2020 (Dkt. 20), the Government moves for an exclusion of time from today through July 13, pursuant to 18 U.S.C. § 3161(h)(7)(A), in light of the ongoing pandemic.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _/s/ Cecilia Vogel_
Cecilia E. Vogel
Tara M. La Morte
Assistant United States Attorney
(212) 637-1084/1041

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 22.

SO ORDERED.

5/15/2020

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

cc:  Andrew M. Lankler, Esq. and Brendan Quigley, Esq. (by ECF)