**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

v.

AMIT AGARWAL,

            Defendant.

**NOTICE OF APPEARANCE**

19 Cr. 838 (PAE)

     **PLEASE TAKE NOTICE** that Peter M. Skinner of Boies, Schiller Flexner LLP, being admitted to practice in this Court, hereby enters his appearance as counsel on behalf of Defendant Amit Agarwal.

Dated:  Brooklyn, New York
        May 29, 2020

                                          Respectfully submitted,

                                          BOIES SCHILLER FLEXNER LLP

                                          By:   /s/ Peter M. Skinner
                                                    Peter M. Skinner
                                          55 Hudson Yards
                                          New York, New York  10001
                                          T: (212) 303-3654
                                          F: (212) 446-2350
                                          pskinner@bsfllp.com

                                          *COUNSEL FOR DEFENDANT*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of May 2020, a copy of the foregoing NOTICE OF APPEARANCE was filed with the Clerk of the Court, Southern District of New York, and will be sent via email and electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    /s/ Peter M. Skinner
Peter M. Skinner