**BAKER BOTTS** LLP

| | | |
|---|---|---|
| 30 ROCKEFELLER PLAZA<br>NEW YORK, NEW YORK<br>10112-4498<br><br>TEL +1 212.408.2500<br>FAX +1 212.408.2501<br>BakerBotts.com | AUSTIN<br>BEIJING<br>BRUSSELS<br>DALLAS<br>DUBAI<br>HONG KONG<br>HOUSTON | LONDON<br>MOSCOW<br>**NEW YORK**<br>PALO ALTO<br>RIYADH<br>SAN FRANCISCO<br>WASHINGTON |

Brendan F. Quigley
TEL: 2124082520
FAX: 2122592520
brendan.quigley@bakerbotts.com

June 15, 2020

Hon. Paul A. Engelmayer
U.S. District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States* v. *Amit Agarwal*, No. 19 Cr. 838 (PAE)

Dear Judge Engelmayer:

I represent Amit Agarwal in this matter. I write to respectfully request the Court remove the location-monitoring condition of Mr. Agarwal's pre-trial release. I have spoken to the government and to Pre-Trial Services, and they do not object to this request.

By way of background, on December 20, 2019, following his presentment, Mr. Agarwal was ordered released on conditions which included a $350,000 personal recognizance bond, secured by three financially responsible co-signers and $100,000 in cash or real property; the surrender of all travel documents; and location monitoring. (*See* ECF No. 6). Mr. Agarwal has fully complied with these conditions over the last six months, and, as noted above, neither the government nor Pre-Trial Services objects to removing the location-monitoring condition.

Thank you for your consideration of this request, and we would be happy to answer any questions the Court has.

Respectfully submitted,

/s/ Brendan F. Quigley
Brendan F. Quigley

BQ

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 25.

SO ORDERED.

6/18/2020

*[signature]*
PAUL A. ENGELMAYER
United States District Judge

cc: AUSAs LaMorte and Vogel (via ECF)

U.S. Pre-Trial Services Officers Jonathan Lettieri and Vincent Imbrosciano (via email)

Active 51039786.1