**BAKER BOTTS** L.L.P.

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL  +1 212.408.2500
FAX  +1 212.408.2501
BakerBotts.com

AUSTIN          LONDON
BEIJING         MOSCOW
BRUSSELS        **NEW YORK**
DALLAS          PALO ALTO
DUBAI           RIYADH
HONG KONG       SAN FRANCISCO
HOUSTON         WASHINGTON

Brendan F. Quigley
TEL:  (212) 408-2520
FAX: (212) 259-2520
brendan.quigley@bakerbotts.com

August 18, 2020

Hon. Paul A. Engelmayer
U.S. District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States* v. *Amit Agarwal*, No. 19 Cr. 838 (PAE)

Dear Judge Engelmayer:

I, along with co-counsel Peter Skinner of Boies Schiller, represent Amit Agarwal in this matter.

A status conference is scheduled for September 1, 2020. I write, with the consent of the government, to request a 30-day adjournment of that conference.

As the Court may recall, Mr. Agarwal submitted an application for a deferred prosecution on June 5, 2020. We understand that the deferred prosecution request is still under consideration by the government, and the adjournment is necessary to allow for full consideration of that request.

The defense consents to an exclusion of time under the Speedy Trial Act between September 1 and the date of the re-scheduled conference. The parties agree that ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

*/s/ Brendan F. Quigley*
Brendan F. Quigley