# BAKER BOTTS LLP

| 30 ROCKEFELLER PLAZA | AUSTIN | LONDON |
| NEW YORK, NEW YORK | BEIJING | MOSCOW |
| 10112-4498 | BRUSSELS | **NEW YORK** |
| | DALLAS | PALO ALTO |
| TEL +1 212.408.2500 | DUBAI | RIYADH |
| FAX +1 212.408.2501 | HONG KONG | SAN FRANCISCO |
| BakerBotts.com | HOUSTON | WASHINGTON |

Brendan F. Quigley
TEL: 2124082520
FAX: 2122592520
brendan.quigley@bakerbotts.com

October 2, 2020

Hon. Paul A. Engelmayer
U.S. District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States* v. *Amit Agarwal*, No. 19 Cr. 838 (PAE)

Dear Judge Engelmayer:

I, along with co-counsel Peter Skinner of Boies Schiller, represent Amit Agarwal in this matter.

A status conference is scheduled for October 8, 2020. I write, with the consent of the government, to request a 14-day adjournment of that conference.

The parties are in ongoing discussions regarding a potential resolution. The requested adjournment will allow the parties to continue those discussions and to be in a better position to advise the Court of the next steps in this case.

The defense consents to an exclusion of time under the Speedy Trial Act between October 8 and the date of the re-scheduled conference. The parties agree that ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

*/s/ Brendan F. Quigley*
Brendan F. Quigley

**GRANTED.** The conference is adjourned to October 22, 2020 at 10:30 a.m. For the reasons stated above, time is excluded, pursuant to 18 U.S.C. 3161(h)(7)(A), until October 22, 2020. The parties are to notify the Court no later than October 8, 2020 whether this conference can take place via video or whether it is to be an in person conference. The Clerk of Court is requested to terminate the motion at Dkt. No. 31.

10/2/2020

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Active 53576307.1