**BAKER BOTTS** LLP

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL  +1 212.408.2500
FAX  +1 212.408.2501
BakerBotts.com

AUSTIN
BEIJING
BRUSSELS
DALLAS
DUBAI
HONG KONG
HOUSTON

LONDON
MOSCOW
**NEW YORK**
PALO ALTO
RIYADH
SAN FRANCISCO
WASHINGTON

Brendan F. Quigley
TEL: 2124082520
FAX: 2122592520
brendan.quigley@bakerbotts.com

November 24, 2020

Hon. Paul A. Engelmayer
U.S. District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States* v. *Amit Agarwal*, No. 19 Cr. 838 (PAE)

Dear Judge Engelmayer:

   This firm, along with co-counsel Peter Skinner of Boies Schiller, represents Amit Agarwal in this matter.

   A status conference is scheduled for November 30, 2020. The parties remain in continuing discussions regarding a disposition. We respectfully request that the conference be adjourned until a time during mid to late December.

   The defense has no objection to excluding time under the Speedy Trial Act between now and date of the next conference. Given the continuing discussions regarding a disposition, we agree that this exclusion outweighs the best interests of the public and the defendant in a speedy trial.

            Respectfully submitted,

            */s/ Brendan F. Quigley*
            Brendan F. Quigley

**GRANTED.** The conference is adjourned to December 14, 2020 at 3:30 p.m. This conference will be held telephonically. To join this conference, the parties shall use the following dial in information: 888-363-4749, Access Code: 468-4906. For the reasons stated above, time is excluded, pursuant to 18 U.S.C. 3161(h)(7)(A), until December 14, 2020. The Clerk of Court is requested to terminate the motion at Dkt. No. 40.

11/25/2020

          SO ORDERED.

          *[signature: Paul A. Engelmayer]*
          _____
          PAUL A. ENGELMAYER
Active 55595319.1       United States District Judge