# BAKER BOTTS LLP

| | |
|---|---|
| 30 ROCKEFELLER PLAZA<br>NEW YORK, NEW YORK<br>10112-4498<br><br>TEL +1 212.408.2500<br>FAX +1 212.408.2501<br>BakerBotts.com | AUSTIN   LONDON<br>BEIJING   MOSCOW<br>BRUSSELS   **NEW YORK**<br>DALLAS   PALO ALTO<br>DUBAI   RIYADH<br>HONG KONG   SAN FRANCISCO<br>HOUSTON   WASHINGTON |

Brendan F. Quigley
TEL: 2124082520
FAX: 2122592520
brendan.quigley@bakerbotts.com

December 9, 2020

Hon. Paul A. Engelmayer
U.S. District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States* v. *Amit Agarwal*, No. 19 Cr. 838 (PAE)

Dear Judge Engelmayer:

This firm, along with co-counsel Peter Skinner of Boies Schiller, represents Amit Agarwal in this matter.

A status conference is scheduled for December 14, 2020. During the last two weeks, the parties have made progress regarding a potential disposition of this matter, but we do not expect to have a disposition finalized by December 14. Accordingly, we respectfully request that the conference be adjourned until a time in early January.

The defense has no objection to excluding time under the Speedy Trial Act between now and date of the next conference. Given the continuing discussions regarding a disposition, we agree that this exclusion outweighs the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

*/s/ Brendan F. Quigley*
Brendan F. Quigley

**GRANTED.** The conference is adjourned to January 7, 2021 at 2:30 p.m. For the reasons stated above, time is excluded, pursuant to 18 U.S.C. 3161(h)(7)(A), until January 7, 2021. The Clerk of Court is requested to terminate the motion at Dkt. No. 42.

12/10/2020

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Active 56414255.1