

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 5, 2021

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Court Judge
40 Foley Square
New York, NY 10007

Re: *United States v. Amit Agarwal*,
   No. 19 Cr. 838 (PAE)

Dear Judge Engelmayer:

We write respectfully to request that the conference presently scheduled for January 7, 2021 be adjourned approximately one week to allow the parties additional time to complete their discussions regarding a potential disposition of this matter. In the event the Court grants this application, the Government further requests an exclusion of time, pursuant to 18 U.S.C. § 3161(h)(7)(A) to permit the parties to continue their discussions regarding a disposition. The defense has no objection to this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: _____
Cecilia E. Vogel
Tara M. La Morte
Assistant United States Attorney
(212) 637-1084/1041

**GRANTED.** The Court adjourns the conference until January 14, 2021, at 2:30 p.m., and excludes time until then, pursuant to 18 U.S.C. 3161(h)(7)(A), for the reasons indicated. The Clerk of Court is requested to terminate the motion at Dkt. No. 44.

1/5/2021

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge