

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 12, 2021

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Court Judge
40 Foley Square
New York, NY 10007

    Re:   *United States v. Amit Agarwal*,
           No. 19 Cr. 838 (PAE)

Dear Judge Engelmayer:

    We write respectfully to request that the conference presently scheduled for January 14, 2021 be adjourned until early February to allow the parties additional time to complete their discussions regarding a disposition of this matter. The parties' discussions to resolve the case are ongoing. In the event the Court grants this application, the Government further requests an exclusion of time, pursuant to 18 U.S.C. § 3161(h)(7)(A) to permit the parties to continue their discussions regarding a disposition. The defense consents to this request.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

by: _____
    Cecilia E. Vogel
    Tara M. La Morte
    Assistant United States Attorney
    (212) 637-1084/1041

cc: Peter Skinner, Esq. and Brendan Quigley, Esq. (by ECF)