UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                           :

UNITED STATES OF AMERICA,             :

            -v-                             :                    19-CR-838 (PAE)

AMIT AGARWAL                           :                SCHEDULING ORDER

                 Defendants.        :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

        The Court reschedules the telephone conference in this case, previously scheduled for

February 10, 2021, to **February 11, 2021** at **12:00 p.m.** The parties are to consult the Court's

Emergency Individual Rules and Practices in Light of COVID-19, available at

https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties

should call 888-363-4749 and use access code 468-4906.


        SO ORDERED.

                                                _____

Dated: February 8, 2021                       PAUL A. ENGELMAYER
       New York, New York               United States District Judge