# BAKER BOTTS LLP

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL +1 212.408.2500
FAX +1 212.408.2501
BakerBotts.com

AUSTIN
BEIJING
BRUSSELS
DALLAS
DUBAI
HONG KONG
HOUSTON

LONDON
MOSCOW
NEW YORK
PALO ALTO
RIYADH
SAN FRANCISCO
WASHINGTON

May 11, 2021

TEL: 212-408-2520
brendan.quigley@bakerbotts.com

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States* v. *Amit Agarwal*, No. 19 Cr. 838 (PAE) (S.D.N.Y.)

Dear Judge Engelmayer:

I, along with Peter Skinner of Boies Schiller, represent Amit Agarwal in this matter.

We write to request that Mr. Agarwal be permitted to travel to Miami, Florida between May 30 and June 12, 2021.

Both the government and Pre-Trial Services consent to this request. The purpose of the trip is for Mr. Agarwal to meet with customers of his electronics business. The Court previously approved a similar trip in March 2020, *see* ECF No. 17, although Mr. Agarwal did not ultimately take that trip, given the outbreak of the COVID pandemic around that time.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

Brendan F. Quigley

**GRANTED.** The defendant shall provide Pretrial Services with an itinerary of this trip and shall contact Pretrial Services within eight (8) hours of his return to the district. The Clerk of Court is requested to terminate the motion at Dkt. No. 56.

5/13/2021

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Active 63055652.1