

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 25, 2021

**VIA ECF**
The Honorable Paul A. Engelmayer
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

                       Re: United States v. Amit Agarwal
                             S1 19 Cr. 838 (PAE)

Dear Judge Engelmayer:

      The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter. As set forth in the supporting declaration, all right, title and interest of the Defendant, Amit Agarwal in the Specific Property that was ordered forfeited pursuant to a Consent Preliminary Order of Forfeiture as to Specific Property (Docket Entry 49) and no third-party claims have been filed for this asset within the statutory period. Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Marshals Service can dispose of the Specific Property according to law.

                                              Respectfully submitted,

                                              AUDREY STRAUSS
                                              United States Attorney
                                              Southern District of New York

                                 By: _____/s/_____
                                       Cecilia Vogel
                                       Tara M. La Morte
                                       Assistant United States Attorney
                                       Tel. (212) 637-1084/1041

*Enclosure*