UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

AMIT AGARWAL,

Defendant.

19-CR-838 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Sentencing in this case is scheduled for Wednesday, July 14, 2021, at 2:30 pm. In the first paragraph on page 7 of the defense sentencing submission, the defense recites certain immigration consequences as likely resulting from certain potential sentences. The Court directs the defense, by 5 pm on Tuesday, July 13, 2021, to submit a short letter setting out the authority for the propositions in this paragraph.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 12, 2021
New York, New York