UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 19-CR-838 (PAE) |
| -v- | ORDER |
| AMIT AGARWAL, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

At yesterday's sentencing, the Court erroneously failed to put on the record that it was imposing the $100 special assessment required by law. The Court will include the special assessment in the judgment that will issue shortly. Counsel are to alert the Court's chambers immediately if any counsel objects to the Court's doing so or believes a conference is needed to address this issue.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 15, 2021
       New York, New York