

PETER M. SKINNER
Tel.: (212) 303-3654
E-mail: pskinner@bsfllp.com

August 11, 2021

**Via ECF**
The Honorable Paul A. Engelmayer.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Amit Agarwal*
               19-cr-838 (PAE) (S.D.N.Y.)

Dear Judge Engelmayer:

    I, along with Brendan F. Quigley of Baker Botts LLP, represent Amit Agarwal in this matter.

    We write to request that Mr. Agarwal be permitted to travel to the Eastern District of Pennsylvania on Sunday, August 15, 2021. The purpose of the trip is to visit the Sesame Place amusement park with his family. The amusement park is located in Langhorne, Pennsylvania.

    The Court previously permitted Mr. Agarwal to travel outside the state in March 2020, *see* ECF No. 17, but he was ultimately not able to take that trip due to the COVID pandemic. It also authorized him to travel outside the state in May, 2021. *See* ECF No. 57. Neither the Pretrial Services Department nor the government objects to this request.

    Thank you for Your Honor's consideration of this request.

                                        Respectfully submitted,

                                        *s/ Peter M. Skinner*
                                        Peter M. Skinner

APPROVED. SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
8/11/21