

PETER M. SKINNER
Tel.: (212) 303-3654
E-mail: pskinner@bsfllp.com

August 23, 2021

**VIA EMAIL & ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Amit Agarwal*, 19 Cr. 838 (PAE)

Dear Judge Engelmayer:

We write on behalf of Defendant Amit Agarwal to respectfully request an adjournment of Mr. Agarwal's surrender date from August 25, 2021 to September 1, 2021.

On July 14, 2021, the Court sentenced Mr. Agarwal to a 60-day sentence of imprisonment. At Mr. Agarwal's request, the Court ordered an early surrender date of August 25, 2021 to allow Mr. Agarwal to begin serving his sentence as soon as possible. On August 17, 2021, Mr. Agarwal tested positive for COVID-19. On August 18, 2021, the Bureau of Prisons designated Mr. Agarwal to serve his sentence at North Lake Correctional Institution, a medium/high security prison located in Baldwin, Michigan. To allow Mr. Agarwal time to complete a two-week quarantine period from the date of his positive test before he surrenders, we respectfully request that the Court extend Mr. Agarwal's surrender date until September 1, 2021. Neither the Probation Office nor the U.S. Attorney's Office objects to this request.

Respectfully,

*S/ Peter M. Skinner*
Peter M. Skinner

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 74.

8/24/2021

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com